Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MATT A. FERRANDO,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br><br>Commissioner of Social Security,<br><br>    Defendant | Case No:  2:13-cv-00842-CMK<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

The parties request an extension of forty-five (45) days for all deadlines in this case.  Plaintiff's counsel asserts that there are additional records that should be a part of the transcript and Counsel for Defendant is currently consulting with Defendant to ascertain whether there are additional records that should be included.

The parties request this extension in good faith, with no intent to prolong proceedings unduly.

The parties agree good cause exists for and, subject to the Court's approval, stipulate to forty-five (45) days extension of all deadlines in this action.  This is the first request for additional time.

Stipulation and Order

1

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
| --- | --- |
| WEEMS LAW OFFICES | BENJAMIN B. WAGNER |
| | United States Attorney |
| | DONNA L. CALVERT |
| | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |

/s/Robert C. Weems

Robert C. Weems, Attorney for Plaintiff

By: /s/ Theophous H. Reagans

Special Assistant United States Attorney and Attorney for the Defendant (per e-mail authorization)

SO ORDERED:

Dated:  December 5, 2013

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2

Stipulation and Order

DECLARATION OF CONCURRENCE OF SIGNATURE

GENERAL ORDER 131, X

I, Robert C. Weems, hereby declare and attest that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) whose signature is indicated by the notation " /s/ [name of signatory]."[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Robert C. Weems
Robert C. Weems

---

[1] The filer shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any) unless filer has attached a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.